**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NOS. 01-25-00444-CV

_____

## IN RE LORI KEATON, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Lori Keaton, has filed a petition for writ of mandamus, requesting that we issue a writ of mandamus to compel a Travis County district court to vacate an injunction. We have no jurisdiction over Travis County district courts. *See* TEX. GOV'T CODE § 22.201(b).  And, section 22.221 does not apply here to authorize us to issue mandamus relief against a trial court in Travis County. *Id.* § 22.201.

Accordingly, we dismiss Keaton's petition for writ of mandamus for lack of jurisdiction.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.